IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02091-PAB-MJW

CYNTHIA BATCHELOR,

Plaintiff(s),

v.

VIKING INSURANCE COMPANY OF WISCONSIN,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Notice of Withdrawal of Plaintiff's Motion to Compel Complete Claim File and Deposition of the Claims Adjuster (Docket No. 23), which has been construed as a motion, is granted, and thus Docket No. 19 is deemed withdrawn.

Date: December 13, 2011